

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

MARIO ROLLA
A/K/A MIKE ROLLA
        Defendant.

Criminal Action No.
07-CR-142(DNH)

INFORMATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THE UNITED STATES ATTORNEY CHARGES

From on or about March 2005 through the present, the exact dates being unknown, in the Northern District of New York and elsewhere, **MARIO ROLLA** did knowingly conspire with persons both known and unknown to the United States Attorney to violate the Clean Air Act, 42 U.S.C. § 7413(c)(1).

It was an object of the conspiracy that **MARIO ROLLA** hired co-conspirators who would and did strip, bag, remove and dispose of regulated asbestos containing material without complying with the Clean Air Act.

### OVERT ACTS

In furtherance of the conspiracy **MARIO ROLLA** or one or more co-conspirators knowingly performed the overt acts listed below:

1.    On or about March 2005, the exact dates unknown, **MARIO ROLLA** hired

individuals to remove regulated asbestos containing material (hereafter "asbestos") at the "B Plant" in Gardner, Massachusetts without ensuring that they possessed asbestos licenses or worked for a licensed asbestos removal company.

2. On or about March 2005, the exact dates unknown, **MARIO ROLLA** did not file, nor cause to be filed, a notification to the United States Environmental Protection Agency about the removal of asbestos at the "B Plant" in Gardner, Massachusetts.

3. On or about March 2005, the exact dates unknown, **MARIO ROLLA** paid workers in cash to perform asbestos removal work at the B Plant in Gardner, Massachusetts with the understanding that the work would be "off the books" and that no documents such as invoices or manifests would be generated for the work.

4. On or about March 2005, the exact dates unknown, at the "B Plant" in Gardner, Massachusetts co-conspirators stripped and bagged asbestos dry in violation of Clean Air Act regulations.

5. On or about March 2005, the exact dates unknown, at the "B Plant" in Gardner, Massachusetts co-conspirators permanently abandoned/left behind loose asbestos on the floor without properly disposing of it and disposed of other asbestos in a manner also not permitted by the Clean Air Act.

6. On or about March 2005, the exact dates unknown, workers left the "B Plant" with asbestos-filled bags that had not been decontaminated; neither had the workers been decontaminated, to prevent the release of asbestos into the ambient air.

7. On or about August 2005, the exact dates unknown, **MARIO ROLLA**

hired individuals to remove asbestos at the Mohawk Manufacturing Company in Broadalbin, NY, without ensuring that they possessed asbestos licenses or worked for a licensed asbestos removal company.

8. On or about August 2005, the exact dates unknown, **MARIO ROLLA** did not file nor cause to be filed a notification to the United States Environmental Protection Agency about the removal of asbestos at the Mohawk Manufacturing Company in Broadalbin, NY.

9. On or about August 2005, the exact dates unknown, **MARIO ROLLA** paid workers in cash to perform asbestos removal work at the Mohawk Manufacturing Company in Broadalbin, NY, with the understanding that the work would be "off the books" and that no documents such as invoices or manifests would be generated for the work.

10. On or about August 2005, the exact dates unknown, at the Mohawk Manufacturing Company in Broadalbin, NY, co-conspirators stripped and bagged asbestos dry in violation of Clean Air Act regulations.

11. On or about August 2005, the exact dates unknown, workers left the "B Plant" with asbestos-filled bags that had not been decontaminated; neither had the workers been decontaminated, to prevent the release of asbestos into the ambient air.

12. On or about August 2005, the exact dates unknown, at the Mohawk Manufacturing Company in Broadalbin, NY, co-conspirators permanently left loose asbestos on the floor without properly disposing of it and disposed of other asbestos in a

manner not permitted by the Clean Air Act.

All in violation of 18 U.S.C. § 371.

>GLENN T. SUDDABY
>UNITED STATES ATTORNEY
>
>*[signature]*
>
>BY: Craig A. Benedict
>Assistant U.S. Attorney